UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

                Plaintiff,                      **NOTICE OF APPEARANCE**

      - v -                                      1:15-cv-9003 (LTS)

ALESSANDRO BAZZONI, CINQUE TERRE
FINANCIAL GROUP, LTD., CT ENERGIA
LTD., CT ENERGIA HOLDING, LTD., CT
ENERGY HOLDING SRL, and CTVEN
INVESTMENTS SRL,

                Defendants.

---------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned attorney, JOSEPH TACOPINA, ESQ., who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Alessandro Bazzoni, Cinque Terre Financial Group, Ltd., CT Energia Ltd., CT Energia Holding, Ltd., CTVEN Investments SRL, in the above-captioned proceeding. Any and all correspondence, documents, notices and filings should be served upon the undersigned.

      Defendants do not waive any defense or argument, including, *inter alia*, sufficiency of service of process, personal jurisdiction and venue, and expressly reserve the same. *See, e.g., Zherka v. Ryan,* 52 F. Supp. 3d 571, 577 (S.D.N.Y. 2014).

Dated: New York, New York
       February 17, 2016

                                                  /s/ Joseph Tacopina_____
                                              Joseph Tacopina, Esq.
                                              Tacopina & Seigel
                                              275 Madison Avenue, 35th Floor
                                              New York, New York 10016
                                              (212) 227-8877 - phone
                                              (212)619-1028 - fax
                                              jtacopina@tacopinalaw.com