UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.

                            Plaintiff,

        - against -

ALESSANDRO BAZZONI, CINQUE
TERRE FINANCIAL GROUP, LTD.,
CT ENERGIA LTD., and CT ENERGIA
LTD. d/b/a ELEMENTO LTD.,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2018
```

15 Civ. 9003 (LTS) (SN)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Centauro Liquid Opportunities Master Fund, L.P., Defendant Alessandro Bazzoni, Defendant CT Energia Ltd., and Defendant Elemento Ltd., through their undersigned attorneys, as follows:

1. Defendant Elemento Ltd. is joined as a party to the Stipulated Protective Order entered on July 15, 2016 in this action (ECF 104).

Dated: May 7, 2018

BOIES SCHILLER FLEXNER LLP

By: *Byron DM. Pacheco/M.G.*
    Donald L. Flexner
    Randall W. Jackson
    Byron D.M. Pacheco
    575 Lexington Ave
    7th Floor
    New York, NY 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350

*Counsel to Centauro Liquid Opportunities Master Fund, L.P.*

TACOPINA & SEIGEL

By: _____
    Chad Seigel
    Matthew G. DeOreo
    275 Madison Avenue, FL 35
    New York, NY 10016
    Tel: (212) 227-8877
    Fax: (212) 619-1028

*Counsel to Alessandro Bazzoni and CT Energia Ltd. (BVI)*

**SO ORDERED.**

May 8, 2018
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

SULLIVAN & WORCESTER LLP

By: /s/ Clark A. Freeman
Michael T. Sullivan
Clark A. Freeman
1633 Broadway, 32nd Floor
New York, New York 10019
(212) 660-3000

*Counsel to Elemento Ltd.*