

May 16, 2018

<u>Via Electronic Filing</u>

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

**Re:** *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,* **No. 15-cv-9003 (LTS) (SN)**

Dear Judge Netburn:

     I represent Plaintiff Centauro Liquid Opportunities Master Fund, L.P., and I write on behalf of the parties jointly to request a 30-day extension of the May 17, 2018 deadline for discovery.  The parties also request a corresponding extension of the June 18, 2018 deadline for summary judgment motions.  Since the joint letter to the Court dated March 23, 2018 (ECF No. 183), the parties have continued to proceed with discovery in good faith, including reviewing and producing a significant number of documents to one another.  However, the parties have not yet been able to schedule depositions of certain witnesses, some of whom are located abroad.  Additionally, the parties continue to search for and review documents that may be responsive to existing discovery requests.  This is the second joint request for an extension of these deadlines.

     Respectfully submitted,

/s/ Byron Pacheco

Byron Pacheco, Esq.
*Counsel for Plaintiff*

Copies to:

Counsel of record (via ECF)

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com