

May 25, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/29/2018 __

<u>Via Electronic Filing</u>

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.*, No. 15-cv-9003 (LTS) (SN)

Dear Judge Netburn:

    I represent Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro"), and I write on behalf of the parties jointly to provide a status update on discovery pursuant to the Court's Order dated May 16, 2018 (ECF No. 187).

    *Document Production*.  Since the joint letter to the Court dated May 16, 2018 (ECF No. 186), the parties have produced further documents.  The parties anticipate making additional document productions in the next two weeks, subject to resolving any additional issues regarding the scope objections discussed below.

    *Depositions*.  The parties have confirmed depositions for two witnesses associated with Defendant Elemento, Ltd. ("Elemento"): Liana Galanti (June 5, 2018); and a Rule 30(b)(6) witness, Carlos Galindez (June 15, 2018).  The parties have conferred regarding a deposition of Centauro's principal, Yvonne Morabito, and cannot find a date that works for all parties prior to the June 18, 2018 discovery deadline.  With the Court's permission, the parties have agreed on June 27, 2018.

    Centauro also noticed a deposition of a purported Elemento employee, Ruben Alejandro Goldstein.  However, Elemento's counsel has confirmed that Mr. Goldstein is no longer employed by Elemento.  Accordingly, Centauro is exploring the process of subpoenaing Mr. Goldstein.

    Centauro has also requested a deposition of Mr. Eduardo Cisneros, who provided a declaration in this action, and is associated with Elemento.  Although he is not employed by Elemento, Elemento's counsel is working with Centauro in good faith to determine whether Mr. Cisneros will voluntarily appear.  Centauro reserves its rights to notice additional depositions.

    *Discovery Disputes*.  Both Elemento and Alessandro Bazzoni have objected to the scope of some of Centauro's requests for production and have objected to producing documents responsive to those particular requests.  Centauro disagrees with the defendants' positions on those requests.  To resolve these differences, the parties have met and conferred, and are



Hon. Sarah Netburn, 15-cv-9003: Discovery Status Letter
May 25, 2018
Page 2

currently discussing proposals for tailoring the requests.  Counsel for Elemento and Mr. Bazzoni are reviewing the proposals.  If the parties are unable to reach an agreement, Centauro will request an informal conference regarding a motion to compel, as provided for in Your Honor's Individual Rules of Practice in Civil Cases.

                                          Respectfully submitted,

                                          /s/ Byron Pacheco

                                          Byron Pacheco, Esq.
                                          *Counsel for Plaintiff*

---

The parties' request to conduct the deposition of Ms. Yvonne Morabito after the deadline for discovery, but no later than June 27, 2018, is GRANTED. The parties should not anticipate that the Court will further extend the discovery deadline (or make further exceptions to it) to accommodate depositions that have not yet been scheduled.
**SO ORDERED.**

                                          _____
                                          SARAH NETBURN
                                          United States Magistrate Judge

May 29, 2018
New York, New York