|  |  |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Andrew N. DeLaney**

Davis Polk & Wardwell LLP   212 450 4294 tel
450 Lexington Avenue        212 701 5294 fax
New York, NY 10017          andrew.delaney@davispolk.com

June 4, 2018

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Centauro Liquid Opportunities Master Fund, L.P. v. Alessandro Bazzoni, et al.*,
      No. 15 Civ. 9003 (LTS) (SN)

Dear Judge Swain:

Davis Polk & Wardwell LLP represents defendant CT Energy Holding SRL in the above-referenced action. After June 4, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent this defendant in this action.

Respectfully Submitted

*/s/ Andrew DeLaney*
Andrew N. DeLaney

cc:   All Counsel of Record (via ECF)

So Ordered.      Date: _____

_____
U.S.D.J.