# Davis Polk

New York       Paris
Northern California   Madrid
Washington DC  Tokyo
São Paulo      Beijing
London         Hong Kong

**Andrew N. DeLaney**

Davis Polk & Wardwell LLP  212 450 4294 tel
450 Lexington Avenue       212 701 5294 fax
New York, NY 10017         andrew.delaney@davispolk.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2018
```

June 4, 2018

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   Centauro Liquid Opportunities Master Fund, L.P. v. Alessandro Bazzoni, et al.,
      No. 15 Civ. 9003 (LTS) (SN)

Dear Judge Swain:

Davis Polk & Wardwell LLP represents defendant CT Energy Holding SRL in the above-referenced action. After June 4, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent this defendant in this action.

Respectfully Submitted

*/s/ Andrew DeLaney*

Andrew N. DeLaney

cc:   All Counsel of Record (via ECF)

So Ordered.        Date: June 4, 2018

_____
SARAH NETBURN
United States Magistrate Judge