# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

              Plaintiff,

      - v -

ALESSANDRO BAZZONI, CINQUE TERRE
FINANCIAL GROUP, LTD., CT ENERGIA LTD.,
and CT ENERGIA LTD. d/b/a ELEMENTO LTD.,

              Defendants.
------------------------------------------- X

Case No. 15-cv-09003 (LTS)(SN)

## DECLARATION OF LIANA GALANTI

LIANA GALANTI, PURSUANT to 28 U.S.C. § 1746, declares as follows:

      1.     I serve as the financial manager of Elemento Ltd. ("Elemento"), a position I have had since March 2017.

      2.     The information set forth below is based on my personal knowledge except where indicated to be based upon information and belief.

      3.     I am responsible for maintaining Elemento's financial books and records in the ordinary course of business.

**Elemento's Funding**

      4.     Attached as Exhibit A is a true and correct copy of statements reflecting the activity in Elemento's bank account maintained by GNB Sudameris Bank for the period January 1, 2016 through March 31, 2016. This exhibit reflects Elemento's receipt of $11,965,000.00 on February 4, 2016, from "Energia Oil" and 18,000,000 on March 1, 2016 also from "Energia Oil."

5. Attached as Exhibit B is a true and complete copy of Elemento's file copy of the "Standard request for report for audit purposes" dated March 18, 2016, sent by Elemento's auditor's, PriceWaterhouseCoopers, to GNB Sudameris Bank, and GNB Sudameris Bank's response to that request. It confirms GNB Sudameris Bank custody of the proceeds of the transactions described in paragraph 4, above.

6. Attached as Exhibit C is a true and accurate copy Elemento's file copy of Elemento's report entitled Interim Financial Information of CT Energia Ltd, as of March 10, 2016, which contains PriceWaterhouseCoopers "Independent Review Report," dated 28 March 2016 (the "PWC Report") and covering the period October 6, 2015 through March 10, 2016. The Independent Review Report confirms that Elemento did not engage in any substantial commercial activity before receiving the transactions described in paragraph 4, above.

7. This capitalization is reflected in Exhibit D which is true and correct copy of an interim financial report prepared by CT Energia Oil and Gas Ltd and which contains a financial report prepared by PricewaterhouseCoopers, and dated March 28, 2016.

**The Petro Peru Transaction**

8. On February 10, 2017, Elemento agreed to purchase 220,000 bbls of naphtha from Petroleos del Peru ("Petro Peru"). On or about March 8, 2017, Elemento paid Petro Peru $12,637,896.00. A true and complete copy of Elemento's payment instruction [TurboSWIFT] is annexed as Exhibit E. A true and complete copy of report of Elemento's account activity with GNB Sudameris Bank and reflecting payment to Petro Peru is annexed as Exhibit F.

Case 1:15-cv-09003-LTS-SN Document 703 Filed 06/22/18 Page 23 of 34

2

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2017.

_____

3