# EXHIBIT D

Liana Galanti Deposition Rought Transcript

1

1
2    IN THE UNITED STATES DISTRICT COURT
3    FOR THE SOUTHERN DISTRICT OF NEW YORK
4    - - - - - - - - - - - - - - - - - - - - x
5    CENTAURO LIQUID OPPORTUNITIES MASTER
     FUND, L.P.,
6
                Plaintiff,
7                                    Civil Action No.
       -against-                     15-cv-9003(LTS)(SN)
8
     ALESSANDRO BAZZONI, CINQUE TERRE
9    FINANCIAL GROUP, LTD., CT ENERGIA LTD.,
     and CT ENERGIA LTD. d/b/a ELEMENTO LTD.,
10
                Defendants.
11
     - - - - - - - - - - - - - - - - - - - - x
12
13
14         Videotaped oral deposition of LIANA
     GALANTI (Appearing remotely), taken
15   pursuant to notice, was held at the law
     offices of BOIES SCHILLER FLEXNER LLP,
16   575 Lexington Avenue, New York,
     commencing June 5, 2018, 8:17 a.m., on
17   the above date, before Leslie Fagin, a
     Court Reporter and Notary Public in the
18   State of New York.
19                    - - -
20
21
22
               MAGNA LEGAL SERVICES
23        320 West 37th Street, 12th Floor
             New York, New York 10018
24               (866) 624-6221
25

2

1
2    APPEARANCES:

Page 1

```
                    Liana Galanti Deposition Rought Transcript
 3

 4      BOIES SCHILLER FLEXNER LLP
        Attorneys for Plaintiff
 5              575 Lexington Avenue
                New York, New York 10022
 6      BY:     BYRON D.M. PACHECO, ESQUIRE
                DAVID PAUL GEORGE BARILLARI,
 7              ESQUIRE

 8
        SULLIVAN & WORCHESTER LLP
 9      Attorneys for Defendant CT Energia Ltd. d/b/a
        Elemento Ltd. and Witness
10              1633 Broadway, 32nd Floor
                New York, New York 10019
11      BY:     MICHAEL THOMAS SULLIVAN, ESQUIRE
                CLARK ANDREW FREEMAN, ESQUIRE
12

13
        TACOPINA, SEIGEL & TURANO, P.C.
14      Attorneys for Defendants CT Alessandro
        Bazzoni and CT Energia Ltd.
15              275 Madison Avenue, Fl. 35
                New York, New York 10016
16      BY:     MATTHEW G. DeOREO, ESQUIRE

17

18      ALSO PRESENT:

19          BRANDON POSTLEWAITE, Videographer
             Magna Legal Services
20

21

22

23

24

25
```

                                                                            3

```
 1

 2              THE VIDEOGRAPHER:  We are now on

 3         the record.

 4              This begins videotape No. 1 in the

 5         deposition of Liana Galanti in the

 6         matter of Centauro Liquid Opportunities

 7         Master Fund, L.P. versus Alessandro
```

```
              Liana Galanti Deposition Rought Transcript
 8        Bazzoni in the Civil Action No.
 9        15-cv-9003.
10              Today is Tuesday, June 5, 2018 and
11        the time is 8:17 a.m.
12              This deposition is being taken at
13        Boies Schiller Flexner LLP located in
14        New York City, New York at the request
15        of Boies Schiller Flexner.
16              The videographer is Brandon
17        Postlewaite of Magna Legal Services and
18        the court reporter is Leslie Fagin of
19        Magna Legal Services.
20              Will counsel and all parties
21        present state their appearances and who
22        they represent.
23              MR. PACHECO: My name is Byron
24        Pacheco from Boies Schiller Flexner. I
25        represent the plaintiffs.
```

                                                                4

```
 1
 2              MR. BARILLARI: My name is David
 3        Barillari from Boies Schiller Flexner.
 4        I also represent the plaintiff.
 5              MR. SULLIVAN: Mike Sullivan,
 6        Sullivan & Worchester representing
 7        Elemento and the witness.
 8              MR. DeOREO: Matt DeOreo, from
 9        Tacopina Seigel for CT BVI and
10        Alessandro Bazzoni.
11              MR. FREEMAN: Clarke Freeman for
```

```
                  Liana Galanti Deposition Rought Transcript
12                Elemento Limited, also for the witness,
13                but will not be defending.
14                    MR. PACHECO:  Before the court
15                reporter swears in the witness, all
16                parties stipulate that the witness is
17                appearing for the deposition remotely
18                and that there will be no objection to
19                being sworn in remotely, is that
20                correct?
21                    MR. SULLIVAN:  Correct.
22                    MR. DeOREO:  Correct.
23       L I A N A   G A L A N T I, called as a
24                witness, having been duly sworn
25                (Remotely) by a Notary Public, was
                                                            5


 1                       L. Galanti
 2          examined and testified as follows:
 3     EXAMINATION BY
 4     MR. PACHECO:
 5          Q.   Good morning, Ms. Galanti.
 6          A.   Good morning.
 7          Q.   Can you hear me okay?
 8          A.   It's a bit low.  I need to focus.
 9          Q.   I will do my best to speak as
10     loudly as I can.  My name is Byron Pacheco.
11     As you heard, I'm an attorney for the
12     plaintiffs in this case.
13               Can you please state your full
14     name, employer and business address for the
15     record?
16          A.   Liana Galanti, and what do you
                           Page 4
```

                Liana Galanti Deposition Rought Transcript
12      of 2017?
13           A.   I'm not sure actually.  It could
14      be, but I'm not sure 100 percent.
15           Q.   Just one more question about your
16      email.  You mentioned that you were sometimes
17      copied on emails that Mr. Dagastino is copied
18      on, is that right?
19           A.   Sorry, say that again.
20           Q.   I'm just clarifying your testimony
21      that you have been on emails that Mr.
22      Dagastino is copied on, is that right?
23           A.   Yes.
24           Q.   Have you been on emails that Mr.
25      Bazzoni is copied on?

                                                    47

 1                    L. Galanti
 2           A.   Yes.
 3           Q.   Have you exchanged any direct
 4      emails with Mr. Bazzoni?
 5           A.   No, never.
 6           Q.   The only emails that you've been on
 7      that Mr. Bazzoni is on were where he was
 8      being copied, is that right?
 9           A.   Correct.
10           Q.   Were the topics of those emails
11      similar to the topics of the emails that Mr.
12      Dagastino is copied on?
13           A.   Yes, generally, it's to approve
14      payments.  Occasionally, also, you know, for
15      other trading, they get cc'd.
16           Q.   When you say, generally, to approve

Liana Galanti Deposition Rought Transcript

17  payments, what do you mean by, approve
18  payments?
19      A.   They have ultimate say of payments
20  and they need to sign for the payments.
21      Q.   What sorts of payments do you mean?
22      A.   Vendors, vendors' payments,
23  consultancy payments.
24      Q.   The kinds of emails that you are
25  describing are emails where someone is

                                              48

1              L. Galanti
2   seeking approval for payments and they are
3   providing approval for payments, is that
4   right?
5       A.   I don't understand, sorry.
6       Q.   Sorry, it was a confusing question,
7   my apologies. Give me one second.
8       A.   Okay.
9       Q.   So a few minutes ago, you testified
10  that the kinds of emails that you have seen
11  Mr. Bazzoni and Mr. Dagastino copied on
12  involve approval of payments and you said
13  trading, is that right?
14      A.   Trading or training?
15      Q.   Trading, not training.
16      A.   Yes, business, general business,
17  yes.
18      Q.   When you say, trading, what kind of
19  trading are you referring to?
20      A.   I'm sorry, I don't know if I'm

                    Liana Galanti Deposition Rought Transcript
21      using the correct word.  The general
22      business, the day-to-day business that goes
23      through, that's the only emails I see.
24          Q.   Are you copied on any emails
25      involving specific trading, as in energy

                                                49

 1                   L. Galanti
 2      trades?
 3          A.   Only when there is an invoice
 4      involved.
 5          Q.   So after the trade has already been
 6      completed or negotiated, you would be
 7      involved at the end, when there is an
 8      invoice?
 9          A.   Yes.
10          Q.   Can you explain at what point
11      during the trading process you would be
12      copied on an email?
13          A.   I mean, if there is an advance
14      payments to be made from the vendor, then
15      they will probably email Mr. Rothenberg and
16      myself to arrange for that payment and then
17      when we make that payment, we will ask
18      authorization to Mr. Francisco, so, yeah.
19          Q.   Is Mr. Bazzoni ever on any of those
20      kinds of trading emails that you described?
21          A.   Sometimes I do see his name, yes.
22          Q.   You testified that you report to
23      Mr. Rothenberg.
24               Do you report to anyone, other than
25      Mr. Rothenberg?