

June 19, 2018

<u>Via Electronic Filing</u>

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,* **No. 15-cv-9003 (LTS) (SN)**

Dear Judge Swain:

      I represent plaintiff Centauro Liquid Opportunities Master Fund, L.P., and I write with the consent of the parties to jointly request that the final pre-trial conference scheduled for June 22, 2018 be adjourned.[1]  The case is not yet ready for the trial: the parties are in the process of completing discovery (including several depositions, and a discovery dispute before Judge Netburn, *see* ECF Nos. 196, 198), and the parties anticipate summary judgment filings (due to be filed on July 18, 2018, *see* ECF No. 187), which may narrow the issues for trial.  In view of these circumstances, the parties request that the Court adjourn the final pre-trial conference at least 90 days, to a date and time that is convenient for the Court.

                        Respectfully submitted,

                        /s/ Byron Pacheco
                        Byron Pacheco
                        Boies Schiller Flexner LLP
                        *Counsel for Plaintiff Centauro*

---

[1] Although defendant Cinque Terre Financial Group, Ltd. remains a party to this action, litigation as to that defendant is stayed due to its bankruptcy.  *See* ECF No. 103.