**BSF** | BOIES
        | SCHILLER
        | FLEXNER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-2018
```

June 19, 2018

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.*, No. 15-cv-9003 (LTS) (SN)

Dear Judge Swain:

I represent plaintiff Centauro Liquid Opportunities Master Fund, L.P., and I write with the consent of the parties to jointly request that the final pre-trial conference scheduled for June 22, 2018 be adjourned.[1] The case is not yet ready for the trial: the parties are in the process of completing discovery (including several depositions, and a discovery dispute before Judge Netburn, *see* ECF Nos. 196, 198), and the parties anticipate summary judgment filings (due to be filed on July 18, 2018, *see* ECF No. 187), which may narrow the issues for trial. In view of these circumstances, the parties request that the Court adjourn the final pre-trial conference at least 90 days, to a date and time that is convenient for the Court.

*The final pretrial conference is adjourned to October 26, 2018, at 12:00 pm. DE #199 resolved.*

Respectfully submitted,

/s/ Byron Pacheco
Byron Pacheco
Boies Schiller Flexner LLP
*Counsel for Plaintiff Centauro*

SO ORDERED:

_____ 6/20/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[1] Although defendant Cinque Terre Financial Group, Ltd. remains a party to this action, litigation as to that defendant is stayed due to its bankruptcy. *See* ECF No. 103.