UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

                      **Plaintiff,**                  **15-CV-9003 (LTS)(SN)**

      **-against-**                             **ORDER**

ALESSANDRO BAZZONI, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      As discussed during the conference on June 21, 2018, the plaintiff's motion to compel Defendant Elemento Ltd. to produce additional documents (ECF No. 193) is DENIED. In addition, the deadline for summary judgment motions is STAYED. The parties shall file a joint status letter with the Court by June 28, 2018. The letter should indicate whether all parties consent to delaying Ms. Yvonne Morabito's deposition until July 10, 2018. The letter should also indicate how Defendant Elemento Ltd. wishes to proceed with respect to its pending motion to dismiss.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 21, 2018
                New York, New York