UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

        Plaintiff,

  -v-                                            No.  15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

        Defendants.

--------------------------------------------------------x

## ORDER

        The Court has received and reviewed the parties' submissions in connection with Plaintiff's motion to amend the order of attachment (docket entry no. 149).  The parties are hereby directed to meet and confer regarding whether there are any issues of material fact relevant to Plaintiff's motion that must be resolved in an evidentiary proceeding.  The parties must file a joint submission identifying such issues, if any, by **July 2, 2018**.  The joint submission must identify the witnesses expected to be called and the evidence the parties intend to present to resolve any identified factual disputes, and must contain the parties' estimate of the time required for presentation of their evidence.

        SO ORDERED.

Dated: New York, New York
       June 22, 2018

                                                                 /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 United States District Judge