UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

      Plaintiff,

-v-                                  No.  15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

      Defendants.

-------------------------------------------------------x

### ORDER

The Court has received and reviewed the parties' joint submission dated July 2, 2018.  (Docket entry no. 204.)  The Court denies Plaintiff's request to submit supplemental briefing in support of its motion to amend the order of attachment (docket entry no. 149), and will hear oral argument on Plaintiff's motion on **July 19, 2018 at 10:00 a.m.**  Plaintiff and Defendants will each be allocated 20 minutes for the argument.  The parties are hereby directed to submit a joint letter by **July 13, 2018**, identifying each fact that either party contends is both material and disputed on the basis of the current record.

      SO ORDERED.

Dated: New York, New York
       July 5, 2018

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge