UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| CENTAURO LIQUID OPPORTUNITIES MASTER FUND, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> ALESSANDRO BAZZONI, CINQUE TERRE FINANCIAL GROUP, LTD., CT ENERGIA LTD., and CT ENERGIA Ltd. d/b/a, ELEMENTO LTD., <br><br> Defendants. | Case No. 15-cv-9003 (LTS) <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Matthew G. DeOreo, dated September 28, 2018, (b) the Local Rule 56.1 Statement of Defendants Alessandro Bazzoni and CT Energia Ltd. ("Defendants"), dated September 28, 2018, and (c) the accompanying Memorandum of Law, dated September 28, 2018, Defendants will move this Court, before the Honorable Laura Taylor Swain, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl St., New York, N.Y. 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 56, dismissing with prejudice the Amended Complaint of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. as to Defendants, with such other and further relief as this Court deems just and proper.

Pursuant to Section 2(b)(ii) of the Court's Individual Practices, counsel for the moving Defendants conferred with counsel for Plaintiff and used their best efforts to resolve informally the matters raised in this motion, including the exchange of written communications and a telephone conference.

Dated: New York, New York
       September 28, 2018

                                        Yours, etc.,

                                        TACOPINA & SEIGEL

                             By:   /s/ Matthew G. DeOreo
                                        Joseph Tacopina, Esq.
                                        Chad D. Seigel, Esq.
                                        Matthew G. DeOreo, Esq.
                                        275 Madison Ave., Fl. 35
                                        New York, New York 10016
                                        Tel: (212) 227-8877
                                        Fax: (212) 619-1028
                                        *Attorneys for Defendants Alessandro Bazzoni and CT Energia Ltd.*

To:

All Counsel
*Via ECF*