UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CENTAURO LIQUID OPPORTUNITIES　　　　　　　：
MASTER FUND, L.P.,　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　Plaintiff,　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　　15 Civ. 9003 (LTS) (SN)
　　　　　　　　- against -　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
ALESSANDRO BAZZONI, CINQUE　　　　　　　　：
TERRE FINANCIAL GROUP, LTD.,　　　　　　：
CT ENERGIA LTD., and CT ENERGIA　　　　：
LTD. d/b/a ELEMENTO LTD.,　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　Defendants.　　　　　：
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF EDUARDO CISNEROS

EDUARDO CISNEROS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the president and chief executive officer of Cisneros Corporation, which serves as the business office for Ricardo J. Cisneros ("RJC") and members of his family. The statements asserted herein are based on my personal knowledge to the best of my recollection or, when indicated, upon information and belief.

2. I respectfully refer the Court to my declaration executed on December 21, 2017 in which I describe RJC's capitalization of Elemento Ltd. ("Elemento") with $30,000,000.00 (the "Financing") provided through Cedaridge Investments S.A. ("Cedaridge"), and RJC's subsequent acquisition of the entirety of Elemento through CISA Holdings Ltd. ("CISA"). RJC is the ultimate beneficial owner of 100 percent of both Cedaridge and CISA. A true and complete copy of my earlier declaration is attached as Exhibit A.

3. I was introduced to the Elemento opportunity by Francisco D'Agostino, my step brother. On behalf of RJC I authorized the Financing.

4. Elemento was to be a new venture engaged in oil trading. As agreed, in exchange for providing the Financing, RJC, via one of his companies, was to be a 50 percent owner of the venture. Alessandro Bazzoni and my step brother were to own the remaining 50 percent. I understand that because of local (Malta) technical reasons, formal recognition of RJC's (Cedaridge's) equity interest in Elemento was delayed, and ultimately rendered unnecessary when CISA, another RJC entity, acquired 100 percent of Elemento.

5. Notwithstanding the delay in formal recognition of Cedaridge's ownership interest, to the best of my knowledge, Elemento sought, and received, my approval before engaging in trading transactions. Transaction approval was generally sought and provided via Slack, an instant messaging system. A true and correct copy of Slack communications, captured in screens shots, is annexed hereto as Exhibit B.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2018.

_____
EDUARDO CISNEROS