# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CENTAURO LIQUID OPPORTUNITIES :
MASTER FUND, L.P. :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　 :　　15 Civ. 9003 (LTS) (SN)
　　　　　　　- against -　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
ALESSANDRO BAZZONI, CINQUE :
TERRE FINANCIAL GROUP, LTD., :
CT ENERGIA LTD., and CT ENERGIA :
LTD. d/b/a ELEMENTO LTD., :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF EDUARDO CISNEROS

　　　EDUARDO CISNEROS, pursuant to 28 U.S.C. § 1746, declares as follows:

　　　1.　　I am the son of Ricardo J. Cisneros ("RJC"), the ultimate beneficial owner of Cedaridge Investments SA ("Cedaridge") and CISA Holdings Limited ("CISA").

　　　2.　　Set forth below are facts respecting Elemento Ltd. ("Elemento"), a defendant herein. The statements asserted are based on my personal knowledge to the best of my recollection or, when indicated, upon information and belief.

　　　3.　　In this declaration I explain:

　　　　　　a.　The ownership of Elemento; and

　　　　　　b.　The involvement in Elemento of Cedaridge and CISA.

　　　4.　　In brief,

　　　　　　a.　Since February 7, 2017, Elemento has been 100 percent owned by CISA, which is 100 percent ultimately beneficially owned by RJC.



   b. Since January 2016, Elemento's activities have been funded by the proceeds of a $30 million loan from Cedaridge (the "Cedaridge Loan"), which is also 100 percent beneficially owned by RJC.

**The Involvement of RJC Companies and the Creation of Elemento**

5. In late September 2015, acting on behalf of RJC, I participated in discussions among Richard Rothenberg, Alessandro Bazzoni, and Francisco D'Agostino in connection with their request for financial support for a new company to be established in Malta to pursue oil trading.

6. During those discussions, Messrs. Rothenberg and Bazzoni explained that they were involved with other companies based in the British Virgin Islands ("Original BVI Companies") involved in other aspects of the oil business, including distribution, storage, and exploration, but that they intended to pursue oil "trading" exclusively through the new Malta entity. This was a point of importance because I wanted assurance that their Original BVI Companies would not compete with the contemplated new Malta oil trading business.

7. Based on assessments of the new oil trading venture, I decided to continue discussions with an aim to finance a new venture which Messrs. Rothenberg and Bazzoni represented would be organized under the laws of Malta, and which would be independently funded and ultimately controlled by RJC, and distinct and independent from the other operations of Messrs. Rothenberg and Bazzoni, including the previously described Original BVI Companies. Messrs. Rothenberg and Bazzoni again assured me that his new venture would pursue oil trading only; it would not pursue oil distribution, storage, exploration, or any other activity.

8. At some point during this period, I became aware of litigation against one or more of Mr. Bazzoni's entities, in particular, the claims of the plaintiff in the above-captioned action.

9. By December 2015, on behalf of RJC, I agreed to loan up to $30 million to allow the proposed new venture to begin doing business (the "Financing"). None of the Financing was directly or indirectly related to, or sourced from Bazzoni.

**The Financing**

10. To the best of my recollection, the contemplated Financing structure was generally intended as follows:

   a. Cedaridge, a company of which RJC was the ultimate beneficial owner, would make available up to $30 million as a loan to a Malta holding company, then called CT Energia Oil & Gas Ltd. ("CTEO&G-Malta") to be used to capitalize its operating subsidiary, eventually named Elemento, which was to be organized in Malta.

   b. Cedaridge would become a 50 percent shareholder of CTEO&G-Malta and would have the right to appoint 50 percent of the seats on CTEO&G-Malta's board of directors.

   c. Neither CTEO&G-Malta nor Elemento would pursue any material business transaction without the approval of 100 percent of CTEO&G-Malta's board of directors, half the seats of which were allocated to Cedaridge.

11. I have been informed that Cedaridge's acquisition of shares in CTEO&G-Malta was delayed because of certain regulatory requirements. The parties, however, proceeded with the Financing with Cedaridge. Further, Cedaridge was to acquire the right to appoint two of CTEO&G-Malta's directors and the parties acted as such.

12. Cedaridge caused the transfer of the Financing proceeds, $30 million, from its affiliate and another of RJC's companies, Brightpark Investments LLC, to CTEO&G-Malta. True and correct copies of the transfer records are attached as Exhibits A and B. None of the Financing proceeds was directly or indirectly related to or sourced from Bazzoni.



## CISA Acquires Elemento

13. Because of regulatory delays, Cedaridge did not become a shareholder in CTEO&G-Malta at the time of Financing. I understand that Messrs. Bazzoni and D'Agostino caused CTEO&G-Malta to transfer its shareholding interest in Elemento to CISA. Like Cedaridge, CISA's ultimate beneficial owner was RJC.

14. I am told that CISA completed its acquisition of Elemento in February 2017.

## The Alter Ego Allegations

15. From the beginning of 2016, Elemento was a wholly-owned subsidiary of CTEO&G-Malta the control of which was effectively shared by Cedaridge pursuant to the Shareholders' Agreement. Cedaridge was and is beneficially owned by RJC and was and is unrelated to Mr. Bazzoni.

*[Space Intentionally Left Empty]*

*[Signature Page Follows]*



I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 31, 2017.

# EXHIBIT A

```
RCVD FROM BRIGHTPARK INVESTMENTS LLC   C/O CT CORP CORPORATION TRUST CTR
SENDER'S DDA # 1000148121824


TRN REF #: 20160129-00004179
-----------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****            ( BANK : 175 )

                                         SND DATE: 16/01/29
SRC:S1I CALLER:PERLICZ, RAUL             EXT:

RPT#         AMT:12,000,000.00          CUR:USD              TRDR#
TEST: DUE:                              TYP:FTR/1000 FNDS:S CHG:DB:A CD:N COM:N CBL:N
-----------------------------------------------------------------------
DBT D/1000148121824/                    CDT *A/026002561              ADV:FED
DEBIT VAL: 16/01/29                     CREDIT VAL: 16/01/29
DEPT:175                                DEPT:175
BRIGHTPARK INVESTMENTS LLC              STANDARD CHARTERED BANK LIMITED
C/O CT CORP CORPORATION TRUST CTR       NEW YORK, NY
1209 ORANGE STREET
WILMINGTON DE 19801                     COUNTRY OF RESIDENCY: US
SPECIAL INSTRUCTIONS:                   BNF:/3544063642001            CHG:  BK?N
S1P K-HIGHPARK INVESTMENTS LLC          GNB SUDAMERIS BANK, S.A.


SNDR REF NUM:33983441                   ORIG TO BNF INFO:
                                        FURTHER CREDIT TO:
                                        CT ENERGIA OIL & GAS, LTD
                                        ACCT. # 24355467
                                        OBO CEDARIDGE INVESTMENTS S.A.



    **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} TYPE/SUBTYPE CODE:
       TYPE CODE:                       10 (TRANSFER OF FUNDS)
       SUBTYPE CODE:                    00 (REGULAR TRANSFER)

{2000} AMOUNT:                          $12,000,000.00

{3100} SENDING BANK:
       ABA NUMBER:                      061000104
       SHORT NAME:                      STB ATLANTA GA
       ABA LOOKUP (AUX):                SUNTRUST BANK
                                        ATLANTA, GA

{3320} SENDER REFERENCE:                2016012900004179

{3400} RECEIVING BANK:
       ABA NUMBER:                      026002561
       SHORT NAME:                      STANDARD CHART
       ABA LOOKUP (AUX):                STANDARD CHARTERED BANK LIMITED
                                        NEW YORK, NY

{3600} BUSINESS FUNCTION CODE:          CTP (CUSTOMER TRANSFER PLUS)

{4200} BENEFICIARY:                     D/3544063642001
                                        GNB SUDAMERIS BANK, S.A.

{4320} REFERENCE FOR BENEFICIARY:       33983441

{5000} ORIGINATOR:                      D/1000148121824
                                        BRIGHTPARK INVESTMENTS LLC
                                        C/O CT CORP CORPORATION TRUST CTR
                                        1209 ORANGE STREET
                                        WILMINGTON DE 19801

{6000} ORIGINATOR TO BENEFICIARY INFO:  FURTHER CREDIT TO:
                                        CT ENERGIA OIL & GAS, LTD
                                        ACCT. # 24355467
                                        OBO CEDARIDGE INVESTMENTS S.A.


    *** MESSAGE TEXT ***

*FTR   00052333983441          NRF      000012000000.00S              175NN
2FTR 160128160129160129FED
3FTR
5FTR                                                          S1I
OBI=FURTHER CREDIT TO:
-CT ENERGIA OIL & GAS, LTD
```

```
-ACCT. # 24355467
-OBO CEDARIDGE INVESTMENTS, S.A.
 DBT=D/1000148121824
-BRIGHTPARK INVESTMENTS LLC
 BBK=A/026002561
-STANDARD CHARTERED BANK LIMITED
-NEW YORK
-NEW YORK NY UNITED STATES
 BNF=D/3544063642001
-GNB SUDAMERIS BANK, S.A.




*****REMITTANCE DATA UNAVAILABLE*****

    MESSAGE HISTORY SEQUENCE
---------------------------------
175 IS THE OWNING BANK. PRIORITY:
        REF_INDEX        REF #: 2016012900004179  29-JAN-2016 08:50:13.19
        S1IS_IN          SEQ #: 523 29-JAN-2016 08:50:13.19 INFO:  *FTR
|414D512050524F44575430303020202056676709F20463C22
        MEMO: EXTERNAL SYSTEM REFERENCE: 33983441
        CMS_MAPQ       DEQ
        *SYS_MEMO        CHANNEL FED WAS IMPOSED.
        *SYS_MEMO        *CVD:--- DVD:949 PSD:--- SSD:--- DBD:1 CBD:1
        S1I_SENDREF      KEY: 33983441
        *DDA_INQ_DBT     INQ_DBT  AMOUNT: 12000000.00    USD
        *GL__INQ_CDT
        *ADR_MSG_QUE     TEXT: 2016012900004179
        MEMO: DBT/660234
        NKI_OUTQ       DEQ
        NKI_PNDDLVQ    DEQ
        NKI1_SRF         KEY: 2900004179347343
        NKI1_OUT         SEQ #: 347343 29-JAN-2016 08:50:16.66 INFO:
2900004179347343       F
        NKI1_SND         SEQ #: 347343 29-JAN-2016 08:50:16.66 INFO:
2900004179347343       F
        NKI1_ACK         SEQ #: 347343 29-JAN-2016 08:50:17.17 INFO:
2900004179347343       +
        NKI1_RCV         SEQ #: 226 29-JAN-2016 08:50:18.23
        *SYS_MEMO                             ALERTS DETECTED. USER
CONFIRMATION REQUIRED
        *SYS_MEMO         AGENT NAME FRAUD :
        *SYS_MEMO        1----IINFORMATIONAL DATA
        NKI1_RCV         SEQ #: 736 29-JAN-2016 09:08:10.17
        *SYS_MEMO                        USER CONFIRMED.
        *SYS_MEMO         AGENT NAME FRAUD :ATIYAH SALAHUDDIN
        *SYS_MEMO        1----PFRAUD:  USER BEATRIZ RIVERA VER VALID 305 755
5108 AT 9 06AM
        *SYS_MEMO        STOP_CHECK MATCH - 29-JAN-2016 09:08:10.17
        *SYS_MEMO        MATCH REF: JMA/668388(OFAC)
        *SYS_MEMO        GAS A IN ORIG TO BNF INFO
        *SYS_MEMO        ACTUAL: GAS LTD ACCT. # 24355467 OBO CEDARIDGE
INVESTMENTS S.A
        *SYS_MEMO        MATCH REF: JMA/789853(OFAC)
        *SYS_MEMO        GAS OIL IN ORIG TO BNF INFO
        *SYS_MEMO        ACTUAL: OIL & GAS
        *SYS_MEMO        MATCH REF: JMA/668388(OFAC)
        *SYS_MEMO        GAS A IN FLD OBI=
        *SYS_MEMO        ACTUAL: GAS LTD ACCT. # 24355467 OBO CEDARIDGE
INVESTMENTS S.A
        *SYS_MEMO        MATCH REF: JMA/789853(OFAC)
        *SYS_MEMO        GAS OIL IN FLD OBI=
        *SYS_MEMO        ACTUAL: OIL & GAS
        *SYS_MEMO        MULTIPLE WARNINGS - SEE HISTORY
        *SYS_MEMO        *MRSTOP/*MR/FRD/PSS/ /$$$IS2
        FED_OFACQ      DEQ
        STOP_PAY_LOG     OPRID: UGJR37 P20  TIME: 29-JAN-2016 09:26:24.22
        MEMO: APPROVAL BY CT ENERGIA OIL & GAS, LTD=MISMATCH/RANDOM
        DDA_AUTQ       DEQ
        DDA_PDM_01       SEQ #: 4272 29-JAN-2016 09:26:24.32 INFO: PD
        MEMO:                                 1601290041790000001 D
        *SYS_MEMO        MESSAGE FROM IBM HOST: CODE: 00,
        *DDA             SAM_DBT  AMOUNT: 12000000.00    USD
        DDA_POST_01      SEQ #: 4272 29-JAN-2016 09:26:24.57 INFO: PD
        MEMO: DBT POSTED - TC: 71603|160129004179|0000001||
        PAYADVQ        DEQ
        PAYADV_LOG       OPRID: $$$PAY  TIME: 29-JAN-2016 09:26:24.59
        SYSPRFBAL        PRF_DDA_DBT  AMOUNT: 12000000.00   USD
* BEGIN DESTINATION *DST(1), DLV STATE: Q
    RTE: D/1000148121824/
    DST: CMS/S1I//////
        BRIGHTPARK INVESTMENTS LLC
        C/O CT CORP CORPORATION TRUST CTR
        1209 ORANGE STREET
```

```
        WILMINGTON DE 19801
        *DBT_CNF
        S1I_MSGQ           DEQ
        S1IS_ACKPNDQ       DEQ
        MEMO: >>>ISIACKPND0031332016012900004179S1IS_OUT|*DBT
        *SYS_MEMO          EXTERNAL SYSTEM REFERENCE: 33983441
        S1IS_OUT           SEQ #: 3133 29-JAN-2016 09:27:00.13 INFO:  *DBT
* END DESTINATION
        *FED_GL            SAM_CDT  AMOUNT: 12000000.00    USD
* BEGIN DESTINATION *DST(2) ROUTE:026002561, DLV STATE: D
    RTE: /
    DST: FED///////
        *CDT
        FED_LOQ            DEQ
        FEDOUT_LOG         AMT: 12000000.00    TIME: 29-JAN-2016 09:26:24.63
        FEDLO_10_Q         DEQ
        FLASHSND           ABA: 026002561  FED REF: 2016012900004179
                           IMAD: 0129F1QCZ68C001103
        FEDOUT1            SEQ #: 1103 29-JAN-2016 09:26:26.43
        FEDMQOUT1          SEQ #: 1124 29-JAN-2016 09:26:26.44 INFO: WT0.FEDLINE
.REQUEST.WMQ.00||||20160129
        FEDPNDSACKQ1       DEQ
        *SYS_MEMO          FED/ACK -- 2016/01/29 0000000009:0000000026
* END DESTINATION
        ABA_INDEX          KEY: 026002561
        DDA_BACKEND        TEXT: 2016012900004179   AMOUNT: 12000000.00    USD
        GL_BACKEND         TEXT: 2016012900004179   AMOUNT: 12000000.00    USD
* BEGIN DESTINATION *DST(3), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        QUEUE: 175//RGW_OUTQ
        RGW_OUTQ           TEXT: 2016012900004179   AMOUNT: 12000000.00    USD
                           OPRID: $$$PAY
* END DESTINATION
* BEGIN DESTINATION *DST(4), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        QUEUE: 175//RGW_OUTQ
        RGW_OUTQ           TEXT: 2016012900004179   AMOUNT: 12000000.00    USD
* END DESTINATION
        *SYS_MEMO          UVTH36   S2 29-JAN-2016 TR-O RCVD VIA WEB FORM FROM
MARIA QUEVEDO 305-789-7354
        *SYS_MEMO          UVTH36   S2 29-JAN-2016 // IMAD 0129F1QCZ68C001103//
BNF CNR
        *SYS_MEMO          UVTH36   S2 29-JAN-2016 1ST TR-O SENT ON TRAN 20160129
-00009731
```

# EXHIBIT B

```
0175 SUNTRUST BANK                                              WTR0620D  RUN 08-MAR-2016 19:43  PAGE  9900
FULL TRANSACTION REPORT                                                                    FOR 08-MAR-2016
```

Case 1:55-cv-09003-LSSSN Document 2691-2 Filed 09/28/17 Page 12 of 14

```
RCVD FROM BRIGHTPARK INVESTMENTS LLC   C/O CT CORP CORPORATION TRUST CTR
SENDER'S DDA # 1000148121824


TRN REF #: 20160308-00009900
--------------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****           ( BANK : 175 )

                                        SND DATE: 16/03/08
SRC:S1I CALLER:AGUIRRE, JAVIER          EXT:


RPT#          AMT:18,000,000.00         CUR:USD                   TRDR#
TEST: DUE:                              TYP:FTR/1000 FNDS:S CHG:DB:A CD:N COM:N CBL:N
--------------------------------------------------------------------------------
DBT D/1000148121824/                    CDT *A/026002561             ADV:FED
DEBIT VAL: 16/03/08                     CREDIT VAL: 16/03/08
DEPT:175                                DEPT:175
BRIGHTPARK INVESTMENTS LLC              STANDARD CHARTERED BANK LIMITED
C/O CT CORP CORPORATION TRUST CTR       NEW YORK, NY
1209 ORANGE STREET
WILMINGTON DE 19801                     COUNTRY OF RESIDENCY: US
SPECIAL INSTRUCTIONS:                   BNF:/3544063642001            CHG:  BK?N
S1P K-HIGHPARK INVESTMENTS LLC          GNB SUDAMERIS BANK, S.A.


SNDR REF NUM:34575109                   ORIG TO BNF INFO:
                                        FURTHER CREDIT TO:
                                        CT ENERGIA OIL & GAS, LTD
                                        ACCT. # 24355467
                                        OBO CEDARIDGE INVESTMENTS S.A.



    **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} TYPE/SUBTYPE CODE:
       TYPE CODE:                       10 (TRANSFER OF FUNDS)
       SUBTYPE CODE:                    00 (REGULAR TRANSFER)

{2000} AMOUNT:                          $18,000,000.00

{3100} SENDING BANK:
       ABA NUMBER:                      061000104
       SHORT NAME:                      STB ATLANTA GA
       ABA LOOKUP (AUX):                SUNTRUST BANK
                                        ATLANTA, GA

{3320} SENDER REFERENCE:                2016030800009900

{3400} RECEIVING BANK:
       ABA NUMBER:                      026002561
       SHORT NAME:                      STANDARD CHART
       ABA LOOKUP (AUX):                STANDARD CHARTERED BANK LIMITED
                                        NEW YORK, NY

{3600} BUSINESS FUNCTION CODE:          CTP (CUSTOMER TRANSFER PLUS)

{4200} BENEFICIARY:                     D/3544063642001
                                        GNB SUDAMERIS BANK, S.A.

{4320} REFERENCE FOR BENEFICIARY:       34575109

{5000} ORIGINATOR:                      D/1000148121824
                                        BRIGHTPARK INVESTMENTS LLC
                                        C/O CT CORP CORPORATION TRUST CTR
                                        1209 ORANGE STREET
                                        WILMINGTON DE 19801

{6000} ORIGINATOR TO BENEFICIARY INFO:  FURTHER CREDIT TO:
                                        CT ENERGIA OIL & GAS, LTD
                                        ACCT. # 24355467
                                        OBO CEDARIDGE INVESTMENTS S.A.


    *** MESSAGE TEXT ***

*FTR   00198134575109           NRF     000018000000.00S          175NN
2FTR 160308160308160308FED
3FTR
5FTR                                                              S1I
OBI=FURTHER CREDIT TO:
-CT ENERGIA OIL & GAS, LTD
```

```
-ACCT. # 24355467
-OBO CEDARIDGE INVESTMENTS S.A.
DBT=D/1000148121824
-BRIGHTPARK INVESTMENTS LLC
BBK=A/026002561
-STANDARD CHARTERED BANK LIMITED
-NEW YORK
-NEW YORK NY UNITED STATES
BNF=D/3544063642001
-GNB SUDAMERIS BANK, S.A.




*****REMITTANCE DATA UNAVAILABLE*****

    MESSAGE HISTORY SEQUENCE
-------------------------------
175 IS THE OWNING BANK. PRIORITY:
        REF_INDEX         REF #: 2016030800009900    8-MAR-2016 14:35:52.26
        S1IS_IN           SEQ #: 1981  8-MAR-2016 14:35:52.26 INFO:  *FTR
|414D512050524F4457543030302020205676709F2084F638
        MEMO: EXTERNAL SYSTEM REFERENCE: 34575109
        CMS_MAPQ       DEQ
        *SYS_MEMO         CHANNEL FED WAS IMPOSED.
        *SYS_MEMO         *CVD:--- DVD:949 PSD:--- SSD:--- DBD:1 CBD:1
        S1I_SENDREF       KEY: 34575109
        *DDA_INQ_DBT      INQ_DBT  AMOUNT: 18000000.00   USD
        *GL__INQ_CDT
        *ADR_MSG_QUE      TEXT: 2016030800009900
        MEMO: DBT/660234
        NKI_OUTQ       DEQ
        NKI_PNDDLVQ    DEQ
        NKI1_SRF          KEY: 0800009900749738
        NKI1_OUT          SEQ #: 749738  8-MAR-2016 14:35:53.84 INFO:
0800009900749738       F
        NKI1_SND          SEQ #: 749738  8-MAR-2016 14:35:53.84 INFO:
0800009900749738       F
        NKI1_ACK          SEQ #: 749738  8-MAR-2016 14:35:54.03 INFO:
0800009900749738        +
        *SYS_MEMO         SCANNING BYPASSED   8-MAR-2016 15:09:50.16
        *SYS_MEMO         STOP_CHECK MATCH -   8-MAR-2016 15:09:50.16
        *SYS_MEMO         MATCH REF: JMA/668388(OFAC)
        *SYS_MEMO         GAS A IN ORIG TO BNF INFO
        *SYS_MEMO         ACTUAL: GAS LTD ACCT. # 24355467 OBO CEDARIDGE
INVESTMENTS S.A
        *SYS_MEMO         MATCH REF: JMA/789853(OFAC)
        *SYS_MEMO         GAS OIL IN ORIG TO BNF INFO
        *SYS_MEMO         ACTUAL: OIL & GAS
        *SYS_MEMO         MATCH REF: JMA/668388(OFAC)
        *SYS_MEMO         GAS A IN FLD OBI=
        *SYS_MEMO         ACTUAL: GAS LTD ACCT. # 24355467 OBO CEDARIDGE
INVESTMENTS S.A
        *SYS_MEMO         MATCH REF: JMA/789853(OFAC)
        *SYS_MEMO         GAS OIL IN FLD OBI=
        *SYS_MEMO         ACTUAL: OIL & GAS
        *SYS_MEMO         MULTIPLE WARNINGS - SEE HISTORY
        *SYS_MEMO         *MRSTOP/*MR/FRD/PSS/ /$$$IS2
        FED_OFACQ      DEQ
        NKI1_RCV          SEQ #: 148  8-MAR-2016 15:11:44.54
        *SYS_MEMO                           ALERTS DETECTED. USER
CONFIRMATION REQUIRED
        *SYS_MEMO         AGENT NAME FRAUD :
        *SYS_MEMO         1----IINFORMATIONAL DATA
        STOP_PAY_LOG      OPRID: UGLL0  P20  TIME:  8-MAR-2016 15:30:17.33
        MEMO: APPROVAL BY CT ENERGIA OIL & GAS, LTD
        *SYS_MEMO         MONITOR PHISHING-S1I. ATTN: PHISHING - CHECK FOR OTM
FRAUD
        RISK_Q         DEQ
        MEMO: RSN: MONPT
        RISK_LOG          OPRID: UGDB103  TIME:  8-MAR-2016 16:23:12.59
        MEMO: UGDB103 - PRV PAYMENT HISTORY IN JAN 2016
        *MEMO             ALL NON-BALANCE CONDITIONS OVERRIDDEN FOR TRN
20160308-00009900; ROUTED.
        DDA_AUTQ       DEQ
        DDA_PDM_01        SEQ #: 10839  8-MAR-2016 16:23:12.61 INFO: PD
        MEMO:                        16030800990000000001 D
        *SYS_MEMO         MESSAGE FROM IBM HOST: CODE: 00,
        *DDA              SAM_DBT  AMOUNT: 18000000.00   USD
        DDA_POST_01       SEQ #: 10839  8-MAR-2016 16:23:12.87 INFO: PD
        MEMO: DBT POSTED - TC: 71603|160308009900|0000001||
        PAYADVQ        DEQ
        PAYADV_LOG        OPRID: $$$PAY  TIME:  8-MAR-2016 16:23:12.89
        SYSPRFBAL         PRF_DDA_DBT  AMOUNT: 18000000.00   USD
* BEGIN DESTINATION *DST(1), DLV STATE: Q
    RTE: D/1000148121824/
```

```
        DST: CMS/S1I//////
            BRIGHTPARK INVESTMENTS INC
            C/O CT CORP CORPORATION TRUST CTR
            1209 ORANGE STREET
            WILMINGTON DE 19801
            *DBT_CNF
            S1I_MSGQ        DEQ
            S1IS_ACKPNDQ    DEQ
            MEMO: >>>ISIACKPND0075952016030800009900S1IS_OUT|*DBT
            *SYS_MEMO       EXTERNAL SYSTEM REFERENCE: 34575109
            S1IS_OUT        SEQ #: 7595  8-MAR-2016 16:23:28.91 INFO:  *DBT
* END DESTINATION
            *FED_GL         SAM_CDT  AMOUNT: 18000000.00    USD
* BEGIN DESTINATION *DST(2) ROUTE:026002561, DLV STATE: D
    RTE: /
    DST: FED//////
            *CDT
            FED_LOQ         DEQ
            FEDOUT_LOG      AMT: 18000000.00    TIME:  8-MAR-2016 16:23:12.91
            FEDLO_10_Q      DEQ
            FLASHSND        ABA: 026002561  FED REF: 2016030800009900
                            IMAD: 0308F1QCZ68C004365
            FEDOUT1         SEQ #: 4365  8-MAR-2016 16:23:14.94
            FEDMQOUT1       SEQ #: 4470  8-MAR-2016 16:23:14.94 INFO: WTO.FEDLINE
.REQUEST.WMQ.00||||20160308
            FEDPNDSACKQ1    DEQ
            *SYS_MEMO       FED/ACK -- 2016/03/08 0000000016:0000000023
* END DESTINATION
            ABA_INDEX       KEY: 026002561
            DDA_BACKEND     TEXT: 2016030800009900  AMOUNT: 18000000.00    USD
            GL_BACKEND      TEXT: 2016030800009900  AMOUNT: 18000000.00    USD
* BEGIN DESTINATION *DST(3), DLV STATE: Q
    RTE: /
    DST: ENQ//////
            QUEUE: 175//RGW_OUTQ
            RGW_OUTQ        TEXT: 2016030800009900  AMOUNT: 18000000.00    USD
                            OPRID: $$$PAY
* END DESTINATION
* BEGIN DESTINATION *DST(4), DLV STATE: Q
    RTE: /
    DST: ENQ//////
            QUEUE: 175//RGW_OUTQ
            RGW_OUTQ        TEXT: 2016030800009900  AMOUNT: 18000000.00    USD
* END DESTINATION
```