IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTAURO LIQUID OPPORTUNITIES MASTER FUND, L.P.,<br><br>                Plaintiff,<br><br>vs.<br><br>ALESSANDRO BAZZONI, CINQUE TERRE FINANCIAL GROUP, LTD., CT ENERGIA LTD., and CT ENERGIA LTD. d/b/a ELEMENTO LTD.,<br><br>                Defendants. | Civil Action No. 15-cv-9003 (LTS) (SN)<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

     PLEASE TAKE NOTICE that upon the accompanying Affidavit of Yvonne Morabito; the Declaration of Byron Pacheco, together with the exhibits thereto; Plaintiff's Rule 56.1 Statement of Material Facts; Plaintiff's Memorandum of Law submitted herewith; the amended complaint; and all other pleadings and proceedings in this action, Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro"), by and through its undersigned counsel, will move this Court, before the Honorable Laura Taylor Swain, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a time and date to be determined by the Court, for an Order granting partial summary judgment to Centauro pursuant to Federal Rule of Civil Procedure 56, as set forth in the accompanying Memorandum of Law, and any other and further relief as the Court deems just and proper.

     Pursuant to Section A(2)(b)(ii) of the Court's Individual Practices, Centauro certifies that the parties have conferred and used their best efforts to resolve matters raised in this motion and were unable to do so.

Dated this 28th day of September, 2018.

                                      Respectfully submitted,

                                      BOIES SCHILLER FLEXNER LLP

                                      By:   /s/ Byron Pacheco
                                           Donald L. Flexner
                                           Randall W. Jackson
                                           Byron Pacheco
                                           BOIES SCHILLER FLEXNER LLP
                                           575 Lexington Avenue
                                           New York, NY 10022
                                           T. 212-446-2300