IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

                              Plaintiff,

        vs.

ALESSANDRO BAZZONI, CINQUE TERRE
FINANCIAL GROUP, LTD., CT ENERGIA
LTD., and CT ENERGIA LTD. d/b/a
ELEMENTO LTD.,

                              Defendants.

Civil Action No. 15-cv-9003 (LTS) (SN)

**AFFIDAVIT OF YVONNE MORABITO IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

STATE OF NEW YORK      )
                             : ss.:

COUNTY OF NEW YORK  )

      I, YVONNE MORABITO, upon oath do depose and state based upon personal knowledge as follows:

      1.      At all times relevant to this action, I have been a General Partner of Centauro Liquid Opportunities Master Fund, L.P. ("Centauro").  Currently I am the sole General Partner.

      2.      On or around September 17, 2015, I had a phone call with Richard Rothenberg and Defendant Alessandro Bazzoni.  A transcript of a recording of that call is attached as Exhibit A.  In that transcript: "Speaker 1" refers to Bazzoni; "Speaker 2" refers to Rothenberg; "Speaker 3" refers to me.

      3.      I participated in additional phone calls with Bazzoni and/or Rothenberg in 2015. Exhibit B is a transcript of a recording of a call with Bazzoni that took place after Centauro executed the Promissory Note, dated May 21, 2015, with Cinque Terre Financial Group, Ltd. and Defendant CT Energia, Ltd. ("CTEL") but before this action was commenced on November 15, 2015.  "Speaker 1" on the transcript refers to me and "Speaker 2" refers to Bazzoni.

      4.      To date, Centauro has received no payments on the Promissory Note from CTFG or CTEL.

1

Dated: September 28, 2018
        New York, New York

Yvonne Morabito

Sworn to before me this
28th day of September, 2018

Notary Public

Jean Marie Guerrero
Notary Public
State of New York
Registration No. 01GU6345299
Commission Expires July 25, 2020