UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITY
MASTER FUND, L.P.,

        Plaintiff,

    -v-                                No.  15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        In light of the pending motion(s), the final pre-trial conference in the above-captioned case, previously scheduled for October 26, 2018, is hereby adjourned to March 1, 2019, at 12:00 p.m.


        SO ORDERED.

Dated: New York, New York
       October 22, 2018

                                  /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge