

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

October 22, 2018

**<u>VIA ECF</u>**
Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Centauro Liquid Opportunities Master Fund L.P. v. Bazzoni*,
              <u>No. 15 Civ. 9003 (LTS) (SN)</u>

Dear Judge Netburn:

      We represent defendant Elemento Ltd.  With the consent of all parties, we write to seek the Court's approval for a four-day extension of the deadline to file papers in opposition to the parties' summary judgment motions, from October 29 to November 2, 2018.

      We seek the extension primarily because personal health issues have slowed progress on our opposition papers.  Moreover, Clark Freeman, the main associate on the matter, and I have motion papers due at the end of this week in another case, and Mr. Freeman has a deposition on October 29.

      While the Court previously extended the deadline to file summary judgment motions and correspondingly adjourned the deadline to file opposition papers, this is the first request specifically to extend the deadline to file opposition papers.

      We thank the Court for its consideration.

                    Respectfully yours,

                    /s/Michael T. Sullivan

                    Michael T. Sullivan

cc:     All counsel of record, via ECF

BOSTON   LONDON   NEW YORK   WASHINGTON, DC