UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CENTAURO LIQUID OPPORTUNITIES MASTER FUND, L.P. : | |
| : | |
| Plaintiff, : | |
| : | 15 Civ. 9003 (LTS)(SN) |
| - against - : | |
| : | |
| ALESSANDRO BAZZONI, CINQUE TERRE FINANCIAL GROUP, LTD., CT ENERGIA LTD., and CT ENERGIA LTD. d/b/a ELEMENTO LTD., : | |
| : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF MICHAEL T. SULLIVAN

MICHAEL T. SULLIVAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Sullivan & Worcester LLP, counsel to defendant Elemento Ltd. ("Elemento"), incorrectly named herein as "CT Energia Ltd d/b/a Elemento Ltd." I submit this Declaration in support of Elemento's Opposition to Plaintiff's Motion for Summary Judgment.

2. Attached as Exhibit A is a true and correct copy of the transcript of the deposition of Sandy Almeida, taken in the matter *In re Cinque Terre Financial Group Ltd.*, No. 16-11086 (S.D.N.Y. Bankr.) on June 24, 2016.

3. On November 1, 2018, I performed an entity status search on the Delaware Secretary of State, Division of Corporations 's website, https://icis.corp.delaware.gov/ecorp/, for "Cinque Terre Energy Partners LLC." Attached as Exhibit B is a true and correct copy of the results of this search.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: New York, New York
November 2, 2018

/s/Michael T. Sullivan
Michael T. Sullivan