# EXHIBIT B

Delaware.gov                                                                 Governor | General Assembly | Courts | Elected Officials | State Agencies

[Logout]

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4604357 | Incorporation Date / Formation Date: | 9/24/2008 (mm/dd/yyyy) |
| Entity Name: | CINQUE TERRE ENERGY PARTNERS LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Cancelled, Failure to appoint a R/A | Status Date: | 11/23/2016 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 845 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

Name: UNASSIGNED AGENT
Address:
City:                                County:
State: NullValue                     Postal Code: 95050
Phone:

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Agent Resignation w/o Apt 9220915 - CAPITOL SERVICES, INC. | 1 | 10/24/2016 | 11:07 AM | 10/24/2016 |
| 2 | Revival for Resign/Forfeiture | 1 | 4/4/2012 | 5:36 PM | 4/4/2012 |
| 3 | Agent Resignation w/o Apt 9220915 - CAPITOL SERVICES, INC. | 1 | 1/26/2012 | 10:00 AM | 1/26/2012 |
| 4 | LLC | 1 | 9/24/2008 | 4:12 PM | 9/24/2008 |

[Back to Entity Search]    [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=4604357&d=y    11/1/2018