# EXHIBIT A

No. of Company: C 73377

Form K

C 73377/5

**COMPANIES ACT, 1995**

Notification of changes among directors or company secretary or in the representation of a company

Pursuant to Section 146 (1)

REGISTRY RECEIVED 1 6 MAR 2016 OF COMPANIES

CG

2 3 MAR 2016

| | |
|---|---|
| Name of Company | **CT ENERGIA OIL AND GAS LTD.** |
| Delivered by: | Mr. Alessandro Bazzoni |

To the *Registrar of Companies*:

CT Energia Oil and Gas Ltd. hereby gives notice in accordance with Section 146 (1) of the Companies Act, 1995 that:-Mr. Francisco D'Agostino (holder of Spanish Passport Number: XD359606) of Calle Londres, Entre Nueva York Y Caroni. Torre Dayco. PH. Las Mercedes Caracas 1080 Venezuela has been appointed as Director, Legal and Judicial Representative with immediate effect.

Effective Date of Change: 4th February, 2016.

Signature ........................
Mr. Alessandro Bazzoni
Director

Dated this the 18th February, 2016.