# WILLKIE FARR & GALLAGHER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2018

787 Seventh Avenue
New York, NY 10019-6099
Tel:  212 728 8000
Fax:  212 728 8111

**BY ECF**

November 16, 2018

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al*, 15-cv-09003-LTS-SN

Dear Judge Swain:

    I write to respectfully request that the Court permit me to withdraw as counsel for the plaintiff, Centauro in the above-captioned case. I have recently left my prior law firm and joined the partnership at Willkie Farr & Gallagher LLP.  The case will continue to be handled by the attorneys at Boies Schiller Flexner LLP.

    I am happy to answer any additional questions the Court may have.

Respectfully submitted,

*/s/ Randall W. Jackson*
Randall W. Jackson

cc:  All Counsel

---

Plaintiff's request is GRANTED. The Clerk of Court is respectfully directed to remove Randall W. Jackson from the docket.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

November 21, 2018
New York, New York