UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITY
MASTER FUND, L.P.,

       Plaintiff,

  -v-                                      No.  15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

       Defendants.

-------------------------------------------------------x

## ORDER

In light of the pending motion(s), the final pre-trial conference in the above-captioned case, previously scheduled for March 1, 2019, is hereby adjourned to June 21, 2019, at 12:00 p.m.

       SO ORDERED.

Dated: New York, New York
       February 21, 2019

                                           /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge