

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/19
```

June 5, 2019

**VIA ECF**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Centauro Liquid Opportunities Master Fund L.P. v. Bazzoni*,
No. 15 Civ. 9003 (LTS) (SN)

Dear Judge Swain:

We are counsel to defendant Elemento, Ltd. in the above-captioned action. We write on behalf of all parties to request an adjournment of the June 21, 2019 final pre-trial conference.

Each party has made a motion for summary judgment or partial summary judgment, the outcome of which may resolve the action in its entirety or substantially limit those issues that remain for trial. Consequently, the parties believe it appropriate to defer the final pretrial conference until after resolution of the pending motions for summary judgment.

Separately, I will be out the country the entirety of week of June 17, 2019.

The parties thank the Court for its consideration.

Respectfully yours,

/s/Michael T. Sullivan

Michael T. Sullivan

cc: All counsel of record, via ECF

The conference is adjourned to November 15, 2019, at 10:30AM as a control date. The related consultation and submission requirements are suspended pending further order of the Court. DE # 270 resolved.

SO ORDERED:

/s/ 6/7/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BOSTON LONDON NEW YORK WASHINGTON, DC