

**BOIES SCHILLER FLEXNER**

January 28, 2020

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-2020
```

MEMO ENDORSED

Re: *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.*, No. 15-cv-9003 (LTS) (SN)

Your Honor:

This Firm represents Centauro Liquid Opportunities Master Fund, L.P. ("Centauro"). We write on behalf of all parties to request an adjournment of the February 7, 2020 final pretrial conference. *See* ECF No. 272.

As directed by the Court, the parties have made submissions regarding the Court's personal jurisdiction over defendants Elemento Ltd. and Mr. Bazzoni (*see* ECF Nos. 276, 282, 287-292), the resolution of which will clarify which issues and parties remain for trial. Accordingly, the parties request that the final pretrial conference be adjourned *sine die*, and re-calendared **60 days** after the Court issues an order resolving the jurisdictional dispute. This is the eighth request from the parties to adjourn the final pretrial conference.

                    Respectfully submitted,

                    /s/ Byron Pacheco
                    Boies Schiller Flexner LLP
                    *Counsel for Plaintiff Centauro*

Copies to: Counsel of Record (via ECF)

*The final pretrial conference is adjourned to June 19, 2020, at 10:30 AM as a control date, and the related deadlines are suspended pending further order of the Court. DE # 293 resolved.*

SO ORDERED:

_____ 1/31/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com