USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

                    Plaintiff,

        vs.

ALESSANDRO BAZZONI, CINQUE
TERRE FINANCIAL GROUP, LTD., CT
ENERGIA LTD., and CT ENERGIA LTD.
d/b/a ELEMENTO LTD.,

                    Defendants.

Case No. 15-cv-9003 (LTS)

**PROPOSED ORDER
WITHDRAWAL OF COUNSEL**

Upon the accompanying declaration of Byron Pacheco, dated August 21, 2020;

**IT IS HEREBY ORDERED** that Byron Pacheco hereby withdraws as counsel for plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro"), and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Boies Schiller Flexner LLP will continue to represent Centauro in this proceeding.

**SO ORDERED.**

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

Dated:   September 1, 2020
             New York, New York