UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITY
MASTER FUND, L.P.,

       Plaintiff,

  -v-                                        No. 15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

       Defendants.

--------------------------------------------------------x

ORDER

       In light of the pending motion(s), the final pre-trial conference in the above-captioned case, previously scheduled for October 23, 2020, is hereby adjourned to January 15, 2021, at 11:00 a.m.

       SO ORDERED.

Dated: New York, New York
       October 22, 2020

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge