**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**CENTAURO LIQUID OPPORTUNITIES MASTER**
**FUND, L.P.,**

                                        **Plaintiff,**                    **15-CV-09003 (LTS)(SN)**

                    -against-                                            **ORDER**

**ALESSANDRO BAZZONI, et al.,**

                                        **Defendants.**

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       To the extent the parties wish to engage in settlement discussions before the January 15,

2020 pretrial conference, the parties are encouraged to contact Courtroom Deputy Rachel

Slusher at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to

schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        November 25, 2020
              New York, New York