UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITY
MASTER FUND, L.P.,

       Plaintiff,

-v-                                    No.  15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

       Defendants.

--------------------------------------------------------x

## Order

       In light of the pending motion(s), the final pre-trial conference in the above-captioned case, previously scheduled for January 15, 2021, is hereby adjourned to April 16, 2021, at 11:30 a.m.

       SO ORDERED.

Dated: New York, New York
       January 8, 2021

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge