UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITY
MASTER FUND, L.P.,

    Plaintiff,

  -v-                                            No. 15 CV 9003-LTS-SN

ALESSANDRO BAZZONI, et al.,

    Defendants.

-------------------------------------------------------x

## ORDER

In light of the pending motion(s), the final pre-trial conference in the above-captioned case, previously scheduled for July 23, 2021, is hereby adjourned to August 27, 2021, at 11:30 a.m.

    SO ORDERED.

Dated: New York, New York
       July 12, 2021

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge