UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

                       Plaintiff,                          15-CV-09003 (LTS) (SN)

     -against-                                 **ORDER**

ALESSANDRO BAZZONI, et al.

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of Chief District Judge Laura T. Swain's July 26, 2021 Order, the parties shall file a letter by August 6, 2021, identifying any outstanding pretrial matters and whether a settlement conference would be productive.

       The parties should be aware that due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Should the parties wish to schedule a settlement conference, they are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

DATED:    July 27, 2021
               New York, New York

SARAH NETBURN
United States Magistrate Judge