# tacopina seigel trial lawyers

TACOPINA SEIGEL & DEOREO

**MATTHEW G. DEOREO**
EMAIL: mdeoreo@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

September 15, 2021

**VIA ECF**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

Re:   *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.*
Case No. 1:15-cv-09003-LTS

Dear Judge Swain:

I am a principal of Tacopina, Seigel & DeOreo, counsel for Defendant CT Energia Ltd. and respectfully request that the October 1, 2021 final pretrial conference be adjourned for one week (or as soon thereafter as the Court deems appropriate), given the upcoming settlement conference with Judge Netburn on September 27, 2021. We believe the parties should be focusing on the settlement conference as opposed to drafting the pre-trial filings required by the Pre-Trial Scheduling Order. This is particularly true where the settlement conference may obviate the need for the drafting and review of such filings, and the requested adjournment is for a brief duration.

Plaintiff does not object to this request.

The foregoing adjournment request is hereby granted. The
final pre-trial conference in this matter is rescheduled for
October 15, 2021 at 12:00 pm. Docket entry no. 318 is resolved.
SO ORDERED.
9/21/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

Matthew G. DeOreo

cc:   All Counsel by ECF