

October 5, 2021

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.*,
No. 15-cv-9003 (LTS) (SN)

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. and Defendant CT Energia Ltd. (together, the "parties") jointly, to request a three-week adjournment of the pre-trial conference, currently scheduled for October 15, 2021, with pre-trial filings currently due on October 8, 2021.  *See* Order, ECF No. 319 (Sept. 21, 2021).  On September 27, 2021, the parties attended a settlement conference before Judge Netburn; while a settlement was not reached, the parties have been discussing possibilities of narrowing the issues at trial.  The parties believe that postponing the pre-trial conference until November 5, 2021), or as soon thereafter as the Court deems appropriate, would permit the parties more time to confer and evaluate those potential opportunities for reducing the number of issues at trial.

    Given the above and given that no trial date is currently set, the parties believe that there is good cause for this request.

Respectfully submitted,

**The foregoing adjournment request is granted. The final pretrial conference in this matter is hereby rescheduled for December 3, 2021 at 12:00 pm. DE# 320 is resolved. SO ORDERED. 10/5/2021**
**/s/ Laura Taylor Swain, USDJ**

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew DeOreo* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | |
| | |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | *Counsel for CT Energia Ltd.* |

Copies to: Counsel of Record (via ECF)