

December 10, 2021

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
No. 15-cv-9003 (LTS) (SN)

Your Honor:

I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, and further to the December 2, 2021 scheduling-email from CTEL counsel Matthew DeOreo. Mr. DeOreo's email stated that the parties were working on scheduling a settlement conference before Judge Netburn and that they believed it would be best to schedule the final pre-trial conference to take place after the settlement conference. Subsequently, the settlement conference before Judge Nebturn was calendared for January 21, 2022, at 10:00 AM. *See* Settlement Conference Order (December 6, 2021), ECF 325.

Now that the parties have a date for the settlement conference, they respectfully request that the pre-trial conference be adjourned from its current date (January 21, 2022, at 11:00 AM) to February 11, 2022, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

_/s/ David Barillari_  
Eric Brenner
David Barillari
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10018
212-446-2300
ebrenner@bsfllp.com
dbarillari@bsfllp.com

*Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.*

Copies to: Counsel of Record (via ECF)

/s/ Matthew DeOreo (with consent)
Matthew G. DeOreo
Tacopina, Seigel & DeOreo
275 Madison Ave., Fl 35
New York, NY 10016
212-227-8877
mdeoreo@tacopinalaw.com

*Counsel for CT Energia Ltd.*

The adjournment request is granted. The final pre-trial conference is hereby rescheduled for February 11, 2022 at 11:00 am. DE 326 is resolved. SO ORDERED. 12/12/2021 /s/ Laura Taylor Swain USDJ

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com