# tacopina seigel trial lawyers

TACOPINA SEIGEL & DEOREO

**MATTHEW G. DEOREO**
EMAIL: mdeoreo@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

January 27, 2022

**VIA ECF**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.*
      Case No. 1:15-cv-09003-LTS

Dear Judge Swain:

I am a principal of Tacopina, Seigel & DeOreo, counsel for Defendant CT Energia Ltd. Both Plaintiff and Defendant jointly request that the February 11, 2022 final pretrial conference be adjourned due to ongoing settlement discussions with Judge Netburn. Defendant respectfully requests that the conference be adjourned to March 14, 2022, or a date thereafter that is convenient for the Court. The basis for this requested date is that Defendant's counsel has a criminal (manslaughter) trial in February, which we do not anticipate ending before the week of March 14th. Plaintiff does not object to this requested date.

The foregoing adjournment request is granted. The final pretrial conference is hereby adjourned to March 18, 2022, at 11:00 am. DE 328 is resolved.
SO ORDERED.
1/28/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

Matthew G. DeOreo

cc:   All Counsel by ECF