

March 11, 2022

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

The adjournment request is granted. The final pre-trial conference in this matter is hereby adjourned to April 22, 2022, at 11:00 am. DE 330 is resolved.
SO ORDERED.
3/11/2022
/s/ Laura Taylor Swain, Chief USDJ

***Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,***
**No. 15-cv-9003 (LTS) (SN)**

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for March 18, 2022.  *See* Order, ECF 239 (Jan. 28, 2022).

    The parties have reached an advanced stage in the settlement talks but require more time to discuss settlement, including because of the potential complexities presented by the decision of the U.S. Treasury Office of Foreign Assets Control to designate certain of the defendants. Specialist counsel has been retained on both sides and is advising on those issues.

    The parties wish to continue these discussions and therefore respectfully request an adjournment until April 8, 2022, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew DeOreo (with consent)* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | |
| | |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | *Counsel for CT Energia Ltd.* |

Copies to: Counsel of Record (via ECF)