

April 15, 2022

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

**The within adjournment request is granted. The pre-trial conference is adjourned to July 22, 2022, at 11:00 am. DE 332 is resolved.**
**SO ORDERED.**
**4/18/2022  /s/ Laura Taylor Swain, Chief USDJ**

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
**No. 15-cv-9003 (LTS) (SN)**

Your Honor:

I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for April 22, 2022.  *See* Order, ECF 331 (Mar. 14, 2022).

The parties are in the process of finalizing a draft settlement agreement.  However, the parties require more time to attempt to resolve the litigation, including because of the continued potential complexities presented by the decision of the U.S. Treasury Office of Foreign Assets Control ("OFAC") to designate certain of the defendants.

The parties believe more time is required to finalize the settlement process and to address regulatory issues, as appropriate, and therefore respectfully request an adjournment until July 22, 2022, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

*/s/ Eric Brenner*
Eric Brenner
David Barillari
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10018
212-446-2300
ebrenner@bsfllp.com
dbarillari@bsfllp.com

*Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.*

*/s/ Matthew DeOreo (with consent)*
Matthew G. DeOreo
Tacopina, Seigel & DeOreo
275 Madison Ave., Fl 35
New York, NY 10016
212-227-8877
mdeoreo@tacopinalaw.com

*Counsel for CT Energia Ltd.*

Copies to: Counsel of Record (via ECF)