

July 14, 2022

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
No. 15-cv-9003 (LTS) (SN)

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for July 22, 2022. *See* Order, ECF 333 (Apr. 18, 2022).

    The parties have continued to progress in their settlement discussions since their last update to the court, dated April 15, 2022, ECF 332. Given the decision of the U.S. Treasury Office of Foreign Assets Control ("OFAC") to designate certain of the defendants, Centauro expects to file a license application with OFAC shortly seeking permission to enter into a settlement regarding this litigation.

    The parties respectfully request an adjournment of the pre-trial conference to provide time for the OFAC review process and, if the license is granted, for carrying out the settlement. The parties propose extending the conference date from July 22, 2022, to August 26, 2022, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

*/s/ Eric Brenner*
Eric Brenner
David Barillari
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10018
212-446-2300
ebrenner@bsfllp.com
dbarillari@bsfllp.com

*Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.*

*/s/ Matthew DeOreo (with consent)*
Matthew G. DeOreo
Tacopina, Seigel & DeOreo
275 Madison Ave., Fl 35
New York, NY 10016
212-227-8877
mdeoreo@tacopinalaw.com

*Counsel for CT Energia Ltd.*

The foregoing adjournment request is granted. The pre-trial conference is adjourned to September 9, 2022, at 11:30 am. DE 334 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain,
Chief U.S. Dist. Judge
July 14, 2022

Copies to: Counsel of Record (via ECF)