

October 20, 2022

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
No. 15-cv-9003 (LTS) (SN)

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for October 28, 2022.  *See* Order, ECF 337 (September 6, 2022).

    Since the parties' last update to the Court, dated September 1, 2022, ECF 336, the parties have continued to make progress in settlement discussions.  Given the decision of the U.S. Treasury Office of Foreign Assets Control ("OFAC") to designate certain of the defendants, Centauro expects to file a license application with OFAC this month seeking permission to enter into a settlement regarding this litigation.

    The parties respectfully request an adjournment of the pre-trial conference to provide more time for the settlement process, including OFAC review and, if the license is granted, carrying out the settlement.  The parties propose extending the conference date from October 28, 2022, to December 2, 2022, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew G. DeOreo (with consent)* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | |
| | |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | *Counsel for CT Energia Ltd.* |

Copies to: Counsel of Record (via ECF)

The foregoing adjournment request is granted. The final pre-trial conference is hereby adjourned to December 2, 2022, at 12:00 pm. DE 338 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
October 24, 2022