

November 30, 2022

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**<u>MEMO ENDORSED</u>**

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
No. 15-cv-9003 (LTS) (SN)

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly and pursuant to the Court's email to the parties dated November 22, 2022, which directed the parties to submit an adjournment request with proposed dates for the final pre-trial conference.

    The parties have conferred on dates and respectfully request adjourning the pre-trial conference to January 20, 2022, January 27, 2022, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew DeOreo (with consent)* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | |
| | |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | *Counsel for CT Energia Ltd.* |

Copies to: Counsel of Record (via ECF)

The foregoing adjournment request is granted. The final pretrial conference is hereby adjourned to January 27, 2023, at 10:00 am. DE 340 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S. Dist. Judge
November 30, 2022