

January 20, 2023

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

The within adjournment request is granted. The final pre-trial conference is hereby adjourned to March 3, 2023, at 11:30 am. DE 342 is resolved. SO ORDERED. 1/25/2023
/s/ Laura Taylor Swain, Chief USDJ

***Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,***
**No. 15-cv-9003 (LTS) (SN)**

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for January 27, 2023.  *See* Order, ECF 341 (November 30, 2022).

    Last year, Centauro filed an application, dated October 27, 2022, with the U.S. Treasury Office of Foreign Assets Control ("OFAC") seeking permission to enter into a settlement regarding this litigation.  The application was made to OFAC given OFAC's decision to designate certain of the defendants.

    The parties respectfully request an adjournment of the pre-trial conference to provide more time for OFAC review and, if the license is granted, for executing and carrying out the proposed settlement filed with OFAC.  The parties propose extending the conference date from January 27, 2023, to March 3, 2023, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew DeOreo (with consent)* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | |
| | |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | *Counsel for CT Energia Ltd.* |

Copies to: Counsel of Record (via ECF)