

MEMO ENDORSED

February 24, 2023

<u>Via Electronic Filing</u>

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The within adjournment request is granted. The final pretrial conference in this matter is hereby adjourned to April 14, 2023, at 11:30 am. DE 344 is resolved. SO ORDERED.
2/27/2023
/s/ Laura Taylor Swain, Chief USDJ

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
**No. 15-cv-9003 (LTS) (SN)**

Your Honor:

I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for March 3, 2023.  *See* Order, ECF 343 (January 25, 2023).

Centauro is still awaiting a decision on its application, dated October 27, 2022, to the U.S. Treasury Office of Foreign Assets Control ("OFAC") seeking permission to enter into a settlement regarding this litigation.  As noted in the parties' last update to the Court, the application was made to OFAC given OFAC's decision to designate certain of the defendants.

The parties respectfully request an adjournment of the pre-trial conference to provide more time for OFAC review and, if the application is granted, for executing and carrying out the proposed settlement filed with OFAC.  The parties propose extending the conference date from March 3, 2023, to April 7, 2023, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew DeOreo (with consent)* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | |
| | |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | *Counsel for CT Energia Ltd.* |

Copies to: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com