

July 21, 2023

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
No. 15-cv-9003 (LTS) (SN)

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for July 28, 2023. *See* Order, ECF 351 (June 26, 2023).

    Centauro is still awaiting a decision on its application, dated October 27, 2022, to the U.S. Treasury Office of Foreign Assets Control ("OFAC") seeking permission to enter into a settlement regarding this litigation. As noted in the parties' prior updates to the Court, the application was made to OFAC given OFAC's decision to designate certain of the defendants.

    The parties respectfully request an adjournment of the pre-trial conference to provide more time for OFAC review and, if the application is granted, for executing and carrying out the proposed settlement filed with OFAC. The parties propose extending the conference date from July 28, 2023, to August 25, 2023, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Brenner* | */s/ Matthew DeOreo (with consent)* |
| Eric Brenner | Matthew G. DeOreo |
| David Barillari | Tacopina, Seigel & DeOreo |
| Boies Schiller Flexner LLP | 275 Madison Ave., Fl 35 |
| 55 Hudson Yards | New York, NY 10016 |
| New York, NY 10018 | 212-227-8877 |
| 212-446-2300 | mdeoreo@tacopinalaw.com |
| ebrenner@bsfllp.com | |
| dbarillari@bsfllp.com | *Counsel for CT Energia Ltd.* |
| *Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.* | |

Copies to: Counsel of Record (via ECF)

The foregoing adjournment request is granted. The final pretrial conference is hereby adjourned to September 8, 2023, at 11:00 am. DE 352 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S. Dist. Judge
July 21, 2023