

September 1, 2023

Via Electronic Filing

Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

### MEMO ENDORSED

The within adjournment request is granted. The pretrial conference is hereby adjourned to October 20, 2023 at 11:00 am. DE 354 is resolved. SO ORDERED.
September 5, 2023
/s/ *Laura Taylor Swain,* Chief USDJ

***Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
No. 15-cv-9003 (LTS) (SN)**

Your Honor:

I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for September 8, 2023.  *See* Order, ECF 353 (July 21, 2023).

Centauro is still awaiting a decision on its application, dated October 27, 2022, to the U.S. Treasury Office of Foreign Assets Control ("OFAC") seeking permission to enter into a settlement regarding this litigation.  As noted in the parties' prior updates to the Court, the application was made to OFAC given OFAC's decision to designate certain of the defendants.

The parties respectfully request an adjournment of the pre-trial conference to provide more time for OFAC review and, if the application is granted, for executing and carrying out the proposed settlement filed with OFAC.  The parties propose extending the conference date from September 8, 2023, to October 13, 2023, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

*/s/ Eric Brenner*
Eric Brenner
David Barillari
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10018
212-446-2300
ebrenner@bsfllp.com
dbarillari@bsfllp.com

*Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.*

*/s/ Matthew DeOreo (with consent)*
Matthew G. DeOreo
Tacopina, Seigel & DeOreo
275 Madison Ave., Fl 35
New York, NY 10016
212-227-8877
mdeoreo@tacopinalaw.com

*Counsel for CT Energia Ltd.*

Copies to: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com