

<u>**MEMO ENDORSED**</u>

February 2, 2024

<u>**Via Electronic Filing**</u>
Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The below adjournment request is granted. The final pretrial conference in this case is hereby adjourned to **March 29, 2024, at 11:00 AM** in Courtroom 17C. SO ORDERED.
February 5, 2024
/s/ Laura Taylor Swain, Chief USDJ

*Centauro Liquid Opportunities Master Fund, L.P. v. Bazzoni, et al.,*
**No. 15-cv-9003 (LTS) (SN)**

Your Honor:

    I write on behalf of Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendant CT Energia Ltd. ("CTEL" and, together with Centauro, the "parties") jointly, to request an adjournment of the pre-trial conference currently scheduled for February 9, 2024. *See* Order, ECF 361 (Jan. 5, 2024).

    On December 29, 2023, the U.S. Treasury Office of Foreign Assets Control ("OFAC") approved Centauro's application seeking permission to enter into the parties' proposed settlement regarding this litigation. As noted in the parties' prior updates to the Court, the application was made to OFAC given OFAC's decision to designate certain of the defendants. Centauro has executed, and Alessandro Bazzoni has countersigned, the agreement.

    The parties respectfully request an adjournment of the pre-trial conference to provide more time to carry out the authorized settlement agreement. The parties propose extending the conference date from February 9, 2024, to March 8, 2024, or as soon thereafter as the Court deems appropriate.

Respectfully submitted,

*/s/ Eric Brenner*
Eric Brenner
David Barillari
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
212-446-2300
ebrenner@bsfllp.com
dbarillari@bsfllp.com

*Counsel for Plaintiff Centauro Liquid Opportunities Master Fund, L.P.*

*/s/ Matthew DeOreo (with consent)*
Matthew G. DeOreo
Tacopina, Seigel & DeOreo
275 Madison Ave., Fl 35
New York, NY 10016
212-227-8877
mdeoreo@tacopinalaw.com

*Counsel for CT Energia Ltd.*

Copies to: Counsel of Record (via ECF)