UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CENTAURO LIQUID OPPORTUNITIES
MASTER FUND, L.P.,

        Plaintiff,

-v-                                                No. 15-CV-9003-LTS-SN

ALESSANDRO BAZZONI, CT ENERGIA
LTD., and CINQUE TERRE FINANCIAL
GROUP, LTD.,

        Defendants.

-------------------------------------------------------x

## Order

On December 2, 2024, Plaintiff Centauro Liquid Opportunities Master Fund, L.P. ("Centauro") and Defendants CT Energia Ltd. ("CTEL") and Alessandro Bazzoni ("Bazzoni") filed a stipulation of voluntary dismissal, wherein these parties stipulated that, "Centauro's claims in this litigation against Bazzoni and CTEL are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." (Docket entry no. 397.)

That same day, December 2, 2024, Centauro filed a notice of voluntary dismissal for all claims in this action as against Defendant Cinque Terre Financial Group, LTD. ("CTFG"),[1] without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Docket entry no. 399.)

---

[1] The proceedings in this case have been stayed as against CTFG since 2016, as a result of a stay entered in the related bankruptcy action, In re Cinque Terre Financial Group Limited, 16-11-86-JLG (Bankr. S.D.N.Y.). (See docket entry no. 103.)

All claims as against all parties having been resolved, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: New York, New York
December 3, 2024

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge